1

2

3

4

5

6

7

**FILED**

AUG 2 3 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11

12   MARC EDWARD BOWMAN,

13              Plaintiff,          CIV S-03-1650 MCE PAN PS

14        v.
                                    ORDER
15   JACKSON RANCHERIA, et al.,

16              Defendants.

17                    —o0o—

18        Judgment was entered for defendants in this case on July 19,

19   2004.  On July 22, 2004, plaintiff filed a "Request for

20   Clarification of a Portion of the Court's Findings and

21   Recommendation" regarding the phrase "effectively stacking the

22   deck."

23   /////

24   /////

25   /////

26   /////

Plaintiff's opportunity to object to my May 26, 2004, findings and recommendation has long expired.  Therefore, plaintiff's request is denied.

So ordered.

Dated: August 23, 2004.

_____
Peter A. Nowinski
Magistrate Judge

```
              United States District Court
                       for the
             Eastern District of California
                   August 23, 2004


          * * CERTIFICATE OF SERVICE * *


                             2:03-cv-01650


      Bowman

            v.

      Jackson Rancheria


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 23, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


           Marc Edward Bowman              TM/PAN
           PO Box 171
           Rail Road Flat, CA  95248

           Anthony Cohen
           Clement Fitzpatrick and Kenworthy
           P O Box 1494
           3333 Mendocino Avneue
           Santa Rosa, CA  95402

           Debora G Luther
           United States Attorney
           501 I Street
           Suite 10-100
           Sacramento, CA  95814



                                    Jack L. Wagner, Clerk

                                BY:  _____
                                      Deputy Clerk
```